No. 94–9572. O'NEAL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–9573. LEWIS v. McLEES. C. A. 8th Cir. Certiorari denied.

No. 94–9574. GOMEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9575. POLLACK v. DEPARTMENT OF JUSTICE. C. A. 4th Cir. Certiorari denied.

No. 94–9576. HILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9577. LOSTUTTER v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–9578. McCLURE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9579. MELING v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9580. MAHAN v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 94–9581. McGORE v. STINE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9582. GENTRY v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 94–9583. COOPER v. WITKOWSKI, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–9584. WORELDS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9585. SMITH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–9586. TERRELL v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.